IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DELAMATER, individually and dba FAMILY FITNESS OF ROYAL, LLC,<br><br>          Plaintiff,<br>v.<br><br>ANYTIME FITNESS, INC.,<br><br>          Defendant. | NO. 1:09-CV-2025  AWI-SMS<br><br>ORDER MOVING PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT HEARINGS FROM JANUARY 11, 2010 TO FEBRUARY 8, 2010 |

    Plaintiff Terry Delamater's, individually and dba Family Fitness of Royal, LLC ("Plaintiff") motion for summary judgment is currently scheduled for hearing on January 11, 2010. Defendant Anytime Fitness's ("Defendant") cross-motion for summary judgment is set for hearing on January 11, 2010. The court has received full briefing on Plaintiff's motion for summary judgment but has not received full briefing on Defendant's cross-motion for summary judgment. In the interests of judicial economy, the court moves both hearings to February 8, 2010.

## ORDER

1. Plaintiff's and Defendant's motions are moved from January 11, 2010 to February 8, 2010 at 1:30 p.m. in Courtroom 2;

2. Plaintiff may file an opposition to Defendant's cross-motion on or by January 19, 2010; and

3. Defendant may file a reply on or by January 26, 2010.

IT IS SO ORDERED.

Dated:    January 7, 2010                  /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE