IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY DELAMATER, | ) | NO. 1:09-CV-02025 AWI |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| | ) | FEBRUARY 8, 2010 HEARING |
| v. | ) | DATE AND TAKING MATTERS |
| | ) | UNDER SUBMISSION |
| ANYTIME FITNESS, INC., | ) | |
| | ) | [Document Nos. 8, 15] |
| Defendant. | ) | |

Cross-motions for summary judgment have been set for hearing in this case for February 8, 2010. The court has reviewed the papers and has determined that these motions are suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 8, 2010, is VACATED, and the parties shall not appear at that time. As of February 8, 2010, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 3, 2010**           /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE