1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY DELAMATER, individually and ) | NO. 1:09-CV-02025-AWI-SMS |
| dba FAMILY FITNESS OF ROYAL, LLC, ) | |
| ) | ORDER VACATING |
| Plaintiff, ) | AUGUST 30, 2010 HEARING |
| ) | DATE AND TAKING MATTER |
| v. ) | UNDER SUBMISSION |
| ) | |
| ANYTIME FITNESS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant's motion for attorneys' fees and costs has been set for hearing in this case on

August 30, 2010.   The court has reviewed the papers  and has determined that this matter is

suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY

ORDERED that the previously set hearing date of August 30, 2010, is VACATED, and the

parties shall not appear at that time.  As of August 30, 2010, the court will take the matter under

submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 24, 2010

_____

CHIEF UNITED STATES DISTRICT JUDGE