IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DELAMATER, individually and dba FAMILY FITNESS OF ROYAL, LLC,<br><br>                Plaintiff,<br>    v.<br><br>ANYTIME FITNESS, INC.,<br><br>                Defendant. | NO. 1:09-CV-2025 AWI-SKO<br><br>ORDER ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND ORDER CLOSING CASE IN LIGHT OF STIPULATED DISMISSAL<br><br>(Doc. Nos. 55, 63) |

      Currently pending before the Court is Defendant's motion for attorney's fees and costs. See Court's Docket Doc. No. 55. However, on October 20, 2010, the parties filed a stipulation for dismissal. The stipulation is signed by all parties and reads, "The parties, by and through their respective undersigned attorneys, stipulate and agree this action may be dismissed with prejudice *and without fees or costs to any party*." See Court's Docket Doc. No. 63 (emphasis added).

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation for the dismissal of a case, that is signed by all parties who have appeared in the case, is effective immediately and without the need for court order. Fed. R. Civ. Pro. 41(a)(1)(A)(ii); Garber v. Chicago Merch. Exch., 570 F.3d 1361, 1365 (Fed. Cir. 2010); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 & n.4 (9th Cir. 1986); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984). Because the parties' dismissal is effective upon filing, this case has automatically terminated with prejudice. See id.

Due to the automatic nature of the termination, as well as the language of the stipulation which makes clear that no party is to pay any fees or costs, Defendant's motion for attorney's fees is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties properly signed and filed stipulation for dismissal with prejudice; and
2. Defendant's motion for attorney's fees and costs is DENIED as moot.

IT IS SO ORDERED.

Dated:   October 21, 2010                              _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE

2